# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KIMOTHY-MAURICE WYNN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　Defendant. | CASE NO. C17-6012 BHS<br><br>ORDER DISMISSING COMPLAINT FOR LACK OF JURISDICTION |

This matter comes before the Court on Plaintiff Kimothy-Maurice Wynn's ("Wynn") complaint, Dkt. 1, the Court's order to show cause regarding jurisdiction, Dkt. 4, and Wynn's response, Dkt. 5.

On December 6, 2017, Wynn filed a complaint challenging his state court conviction and sentence based on the theory that the state court prosecutor breached his fiduciary duties under state laws governing commercial transactions. Dkt. 1. On December 14, 2017, the Court ordered Wynn to show cause regarding jurisdiction because the basis for the Court's jurisdiction was not clear from the face of the complaint. Dkt. 4. On January 8, 2017, Wynn responded. Dkt. 5.

"If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Fed. R. Civ. P. 12(h)(3).

In this case, Wynn has failed to establish any basis for jurisdiction over any claim made in his complaint. Therefore, the Court **DISMISSES** Wynn's complaint for lack of jurisdiction. The Clerk shall close this case.

**IT IS SO ORDERED**.

Dated this 18th day of January, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge